UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2011 SEP -7 AM 10: 19
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

YOLANDA BAZAN (1),

Defendant.

CASE NO. 11CR3067

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_ the Court has granted the motion of the Government for dismissal; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense as charged in the Information:

TITLE 21 U.S.C. §952 and 960.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 06, 2011

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE